No. 801.   WARD ET AL. v. LOUISIANA.   Sup. Ct. La. Certiorari denied.   *James M. Nabrit III* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, and *John Hunter,* Special Assistant Attorney General, for respondent.

No. 847.   BROTHERHOOD OF RAILROAD TRAINMEN ET AL. v. DENVER & RIO GRANDE WESTERN RAILROAD CO.; and

No. 993.   DENVER & RIO GRANDE WESTERN RAILROAD CO. v. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. C. A. 10th Cir.   Certiorari denied.   *Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* for petitioners in No. 847. *Ray Garrett* and *Walter J. Cummings, Jr.,* for respondent in No. 847.   *Walter J. Cummings, Jr.,* for petitioner in No. 993.

No. 869.   IN RE THOMSON.   C. C. P. A.   Certiorari denied.   *Louis Quarles* for petitioner.   *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Edward Berlin* for the Commissioner of Patents.

No. 870.   SEEBACH v. CULLEN, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL.   C. A. 9th Cir.   Certiorari denied.   *Claude L. Dawson* for petitioner.   *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *John C. Eldridge* for respondents.

No. 886.   BOEING Co. v. UNITED STATES.   Ct. Cl. Certiorari denied.   *David E. Wagoner* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Gilbert E. Andrews* for the United States.